UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JUAN MANUEL ZUNIGA (A- 222-589-649),

Petitioner,

v.

WARDEN, GOLDEN STATE ANNEX et al.,[1]

Respondents.

No. 1:26-cv-5407 DC CSK

ORDER

Petitioner, an immigration detainee proceeding without counsel, filed a filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241, a request for appointment of counsel and request to proceed in forma pauperis. Examination of the affidavit reveals petitioner is unable to afford the costs of this action. Accordingly, leave to proceed in forma pauperis is granted. 28 U.S.C. § 1915(a). Rule 1(b) of the Rules Governing Habeas Corpus Cases Under Section 2254 allows a district court to apply any or all of the rules to other types of habeas corpus petitions including § 2241 petitions.

On July 16, 2026, respondents filed an answer to the petition. On August 7, 2026, the

[1] Petitioner named the "Warden" as one of the respondents. (ECF No. 1 at 1.) The Warden of the Golden State Annex where petitioner is detained is substituted for the "Warden." Fed. R. Civ. P. 25(d); Rumsfeld v. Padilla, 542 U.S. 426, 435 (2004).

district court granted petitioner's motion for temporary restraining order, ordered respondents to provide petitioner with a bond hearing, and referred this matter to the magistrate judges. (ECF No. 12.) Petitioner is provided an opportunity to file a reply/traverse to respondents' answer.

This Court will defer ruling on petitioner's request for appointment of counsel until after reviewing respondents' response to the petition.

In accordance with the above, IT IS HEREBY ORDERED that:

1. The request of petitioner Juan Manuel Zuniga (A- 222-589-649) to proceed in forma pauperis (ECF No. 2) is granted.

2. Petitioner's reply/traverse to respondents' answer, if any, is due within 14 days of the date of this order.

3. Each party proceeding without counsel shall keep the court informed of the current address at all times while the action is pending. Any change of address must be reported promptly to the court in a separate document captioned for this case and entitled "Notice of Change of Address." A notice of change of address must be properly served on other parties. Service of documents at the address of record for a party is fully effective. L.R. 182(f).

Dated: August 11, 2026

CHI SOO KIM
UNITED STATES MAGISTRATE JUDGE

/1/zuni5407.100.2241.imm